IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:02CV66
(3:97CR22-9)

| | |
|---|---|
| IVEY WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's notice of appeal filed November 9, 2005, which the Court construes as a request for a certificate of appealability.

An appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255[1] unless a certificate of appealability has been issued. **28 U.S.C. § 2253(c)(1)(B).** Such a certificate may not issue

---

[1] The Petitioner's motion has been only partially adjudicated. **See Memorandum and Order, filed September 8, 2005, at 9 (dismissing Petitioner's claims that the Court lacked the jurisdiction to try, convict and impose sentence, and that the criminal case remains open).** Government has been ordered to respond to the remaining claims by November 20, 2005.

unless the applicant has made a substantial showing of the denial of a constitutional right.  **28 U.S.C. § 2253(c)(2).**  The Petitioner has not made such a showing.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for a certificate of appealability is hereby **DENIED**.

The Petitioner is advised that he may renew this request to the Fourth Circuit Court of Appeals within 30 days from entry of this Order.

**Signed: November 14, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge