# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### AT ASHEVILLE

UNITED STATES OF AMERICA,

    Appellee,

vs.

IVEY WALKER,

    Appellant.

No. 05-7796

3:02CV66 / 3:97cr22-9

## ORDER OF RETENTION OF THE RECORD
## PURSUANT TO RULE 11(e) OF THE
## FEDERAL RULES OF APPELLATE PROCEDURE

    The record of the above-styled case is required in the District Court for use pending the appeal. It is hereby ORDERED that the Clerk of the District Court shall retain the record subject to the request of the Court of Appeals and shall transmit a copy of this order and a certified copy of the docket entries in lieu of the entire record. The Clerk shall transmit certified copies of designated parts of the record at the request of the Court of Appeals.

UNITED STATES DISTRICT JUDGE

DATE:

FILED
ASHEVILLE, N. C.
JAN 11 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.