**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL NO. 3:02CV66
(3:97CR22-9)**

| | |
|---|---|
| **IVEY WALKER,** )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion to unseal a document or, in the alternative, for an *in camera* review by the Court. The Government has advised the Court that it has no objections to the unsealing of the motion.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to unseal a document is **ALLOWED**, and the Clerk shall unseal the document described in the Petitioner's motion, make a copy thereof for the Petitioner, and reseal the document. Because the Petitioner's evidentiary hearing is scheduled for Monday, February 27, 2006, at 10:00 AM, the Clerk shall

forward a copy of the sealed document to Petitioner's counsel by either electronic means or by facsimile transmission forthwith.

Signed: February 24, 2006

Lacy H. Thornburg
United States District Judge