**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL NO.  3:02CV66
(3:97CR22-9)**

| | | |
|---|---|---|
| **IVEY WALKER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the parties' responses to the March 3, 2006, Order requesting additional briefing.

This matter has now been taken under advisement.  As a result, the Court will order the Petitioner returned to the custody of the Bureau of Prisons in order to avoid the additional expense of local detention.

**IT IS, THEREFORE, ORDERED** that the United States Marshal may return the Petitioner to the federal correctional facility at which his is serving the sentenced imposed herein.

2

Signed: April 7, 2006

Lacy H. Thornburg
United States District Judge